# IN THE SUPREME COURT OF TEXAS

## Misc. Docket No. 21-9016

### DENIAL OF REQUEST TO
### RETRANSFER CASES FROM THE
### SEVENTH COURT OF APPEALS

The Supreme Court denies the request to retransfer the following cases from the Seventh Court of Appeals District, Amarillo, Texas:

Case No. 07-20-00282-CV
*Edward James Mitschke, Jr., Individually and as Representative of the Estate of Cody Mitschke, Deceased v. Bristen Behrens, Justin Behrens and Timothy Lee Timmerman*

*and*

Case No. 07-20-00283-CV
*Edward James Mitschke, Jr., Individually and as Representative of the Estate of Cody Mitschke, Deceased v. Marida Favia Del Core Borromeo and Blackjack Ranch L.E.E., LLC*

ORDERED in Chambers,

With the Seal thereof affixed at the City of Austin, this 23rd day of February, 2021.

BLAKE A. HAWTHORNE, CLERK
THE SUPREME COURT OF TEXAS